IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-978-GMS |
| | ) | |
| TELLABS INC., TELLABS OPERATIONS, INC., and TELLABS NORTH AMERICA, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2

The above action was transferred from the District of New Jersey and was filed in this

Court on December 21, 2009.  Pursuant to Local Rule 81.2, the parties hereby jointly report that

there are no pending motions or other unresolved issues requiring judicial action.

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR

/s/ John W. Shaw

John W. Shaw (I.D. #3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
302-571-6600
jshaw@ycst.com

*Attorneys for Defendants*

{00370914;v1}